UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADRECA REID,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE HOME DEPOT, INC.,<br><br>                    Defendant. | 24-CV-7988 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

     This case has been assigned to me for all purposes. It is hereby:

     ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

     IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    October 23, 2024
          New York, New York

_____
Ronnie Abrams
United States District Judge