UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADRECA REID,<br><br>                    Plaintiff,<br><br>            v.<br><br>THE HOME DEPOT, INC.,<br><br>                    Defendant. | 24-CV-7988 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 23, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Defendant has filed an answer, but no letter has been filed.

The parties shall submit their joint letter no later than January 24, 2025.

SO ORDERED.

Dated:     January 17, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge